United States District Court
for the District of New Jersey

_____  :
                                             :
**UNITED STATES OF AMERICA**                 :
                                             :  Crim. No. 02-227
         Plaintiff                           :  Order of Reallocation and
     vs.                                     :  Reassignment
**JOHN RIVERA**                              :
                                             :
         Defendant                           :
_____  :

It is on this 27th day of July 2011,

O R D E R E D that the above entitled action is reallocated from

Newark to Trenton and reassigned from

Judge John W. Bissell to Judge Freda L. Wolfson.


                                    S/Garrett E. Brown, Jr.
                                Garrett E. Brown, Jr., Chief Judge
                                United States District Court